```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   23-CR-00046-JGK-1
     -against-                      :
                                    :   ORDER
WALTER SUSSWELL                     :
                                    :
Defendant                           :
                                    :
------------------------------------X
```

John G. Koeltl, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include mental health evaluation/treatment as deemed necessary by Pretrial Services.

Dated: New York, New York
March 15, 2023

SO ORDERED:

_____
John G. Koeltl
United States District Judge