UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

          -against-                                    23 cr 46 (JGK)

WALTER SUSSWELL,                                        **ORDER**
                    Defendant.
-------------------------------------------------------------X

        The defendant, Walter Susswell, who was sentenced in the above action, shall pay a special assessment of $100, which shall be due immediately.

**SO ORDERED.**

                                                             JOHN G. KOELTL
                                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         May 25, 2023