# Raoul Zaltzberg, Esq.

Zaltzberg Law  
14 Wall Street, 20th Floor  
New York, New York 10005

*Attorney at Law*

www.zaltzberglaw.com

(212) 609-1344  
(212) 609-1345  
Raoul@ZaltzbergLaw.com

July 16, 2023

**VIA ECF**

The Honorable John G. Koeltl  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

      Re: *United States v. Walter Susswell*  
        23 Cr 0046 (JGK)

Dear Judge Koeltl

  I am asking the Court to authorize the release of Mr. Susswell's passport. It was turned over as part of his bond package. As the Court is aware, he was sentenced to 2 years of probation on May 11, 2023. I have spoken to AUSA Wikstrom who consents to the release, as well as his probation officer. Thank you in advance for considering this request.

                 Sincerely,  
                 /s/  
               Raoul Zaltzberg, Esq.

APPLICATION GRANTED  
SO ORDERED

7/18/23 /s/ John G. Koeltl, U.S.D.J.